# Law Office of Jack Silver



P.O. Box 5469    Santa Rosa, California 95402
Phone 707-528-8175    Fax 707-528-8675
lhm28843@sbcglobal.net

April 5, 2008

Clerk - Civil Filings
Magistrate Judge Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

    Re:    Northern California River Watch v Sausalito-Marin City Sanitary District
             USDC Case No. C08-02097 JCS

Dear Clerk:

It is come to my attention that defendant Sausalito-Marin City Sanitary District has been erroneously entered into the record by the Court as Sausalito-Marin **County** Sanitary District.

May I respectfully request that the Court's master file and associated electronic filing lists be corrected to properly name the defendant to this action as:

    Sausalito Marin-<u>City</u> Sanitary District

Thank you for your time and consideration.

                  Very truly yours,

                  Jerry Bernhaut

JB:la