1  Kenton L. Alm (SBN: 59017)
   kalm@meyersnave.com
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, California 94607
   Telephone: (510) 808-2000
4  Facsimile: (510) 444-1108

5  Attorneys for DEFENDANT
   SAUSALITO-MARIN CITY SANITARY
6  DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAUSALITO-MARIN CITY SANITARY DISTRICT and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV08-2097 JCS<br><br>**STIPULATION GRANTING AN EXTENSION OF TIME FOR SAUSALITO-MARIN CITY SANITARY DISTRICT TO ANSWER COMPLAINT** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff Northern California River Watch ("Plaintiff") and Defendant Sausalito-Marin City Sanitary District ("SMCSD") as follows:

　　　　WHEREAS, SMCSD was served with Plaintiff's Complaint and a Waiver of Service in this matter on or about May 1, 2008, the Waiver is dated May 20, 2008;

　　　　WHEREAS, Plaintiff and SMCSD substantial settlement negotiations have taken place and it is anticipated that settlement may occur in the near future;

　　　　WHEREAS, Plaintiff and SMCSD want to focus their efforts on settlement discussions and avoid any expenditure of funds or time investment on unnecessary litigation activities; and

　　　　WHEREAS, Plaintiff and SMCSD agree to an extension of time for SMCSD to answer or otherwise respond to the Complaint will facilitate these settlement efforts.

1  THEREFORE, Plaintiff and SMCSD hereby stipulate and agree SMCSD shall have an
2  extension of time until July 21, 2008 to answer or otherwise respond to the Complaint.
3  SO STIPULATED.

4  DATED: June 30, 2008            MEYERS, NAVE, RIBACK, SILVER & WILSON

6                                  By:  _____/s/ Kenton L. Alm_____
7                                       Kenton L. Alm
                                        Attorneys for DEFENDANT SAUSALITO-
8                                       MARIN CITY SANITARY DISTRICT

9  DATED: June 30, 2008            LAW OFFICE OF JACK SILVER

12                                 By:  _____/s/ Jerry Bernhaut_____
                                        Jerry Bernhaut
13                                      Attorneys for PLAINTIFF, NORTHERN
                                        CALIFORNIA RIVER WATCH

14 IT IS SO ORDERED:

15 DATED: _____
                                   By:  _____
16                                      US NORTHERN DISTRICT MAGISTRATE
                                        JUDGE
17

18 1115936.1