1  Kenton L. Alm (SBN: 59017)
   kalm@meyersnave.com
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, California 94607
   Telephone: (510) 808-2000
4  Facsimile: (510) 444-1108

5  Attorneys for DEFENDANT
   SAUSALITO-MARIN CITY SANITARY
6  DISTRICT

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAUSALITO-MARIN CITY SANITARY DISTRICT and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV08-2097 JCS<br><br>**STIPULATION GRANTING AN EXTENSION OF TIME FOR SAUSALITO-MARIN CITY SANITARY DISTRICT TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiff Northern California River Watch ("Plaintiff") and Defendant Sausalito-Marin City Sanitary District ("SMCSD") as follows:

WHEREAS, SMCSD was served with Plaintiff's Complaint and a Waiver of Service in this matter on or about May 1, 2008, the Waiver is dated May 20, 2008;

WHEREAS, Plaintiff and SMCSD substantial settlement negotiations have taken place and it is anticipated that settlement may occur in the near future;

WHEREAS, Plaintiff and SMCSD want to focus their efforts on settlement discussions and avoid any expenditure of funds or time investment on unnecessary litigation activities; and

WHEREAS, Plaintiff and SMCSD agree to an extension of time for SMCSD to answer or otherwise respond to the Complaint will facilitate these settlement efforts.

THEREFORE, Plaintiff and SMCSD hereby stipulate and agree SMCSD shall have an extension of time until July 21, 2008 to answer or otherwise respond to the Complaint.

SO STIPULATED.

DATED: June 30, 2008                MEYERS, NAVE, RIBACK, SILVER & WILSON


By:  /s/ Kenton L. Alm
Kenton L. Alm
Attorneys for DEFENDANT SAUSALITO-MARIN CITY SANITARY DISTRICT

DATED: June 30, 2008                LAW OFFICE OF JACK SILVER


By:  /s/ Jerry Bernhaut
Jerry Bernhaut
Attorneys for PLAINTIFF, NORTHERN CALIFORNIA RIVER WATCH

IT IS SO ORDERED:

DATED: July 14, 2008

By: _____
US NORTHERN DISTRICT MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

1115936.1