1  Kenton L. Alm (SBN: 59017)
   kalm@meyersnave.com
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, California  94607
   Telephone: (510) 808-2000
4  Facsimile: (510) 444-1108

5  Attorneys for DEFENDANT
   SAUSALITO-MARIN CITY SANITARY
6  DISTRICT

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  NORTHERN CALIFORNIA RIVER              CASE NO. CV08-2097 JCS
    WATCH, a non-profit corporation,
12                                         **NOTICE OF SETTLEMENT,**
              Plaintiff,                    **STIPULATION FOR EXTENSION OF**
13                                          **TIME IN WHICH TO ANSWER,**
         v.                                 **COMPLY WITH FRCP RULE 26 AND**
14                                          **CONTINUANCE OF INITIAL CASE**
    SAUSALITO-MARIN CITY SANITARY           **MANAGEMENT CONFERENCE**
15  DISTRICT and DOES 1-10, inclusive,

16            Defendants.

17

18       WHEREAS, on July 5, 2007, Northern California River Watch ("River Watch") provided

19  the Sausalito-Marin City Sanitary District ("District") with a 60-Day Notice of Violations and

20  Intent to File Suite ("60-Day Notice Letter");

21       WHEREAS, on April 15, 2008 the Complaint was filed with the Northern District;

22       WHEREAS, the Parties have met through numerous settlement discussions since July

23  2007;

24       WHEREAS, the Parties have reached an agreement to settle which has been approved by

25  the District Board of Directors and River Watch;

26       WHEREAS, the Parties desire to execute the Settlement Agreement and obtain a dismissal

27  of the lawsuit filed on April 15, 2008 by River Watch assigned to Magistrate Judge Joseph C.

28  Spero, United States District Court, Northern District Case No. CV08-2097 JCS with prejudice,

1  which Settlement Agreement does not require court approval or request continuing jurisdiction of

2  the Court;

3       WHEREAS, the Parties received on Friday, July 18, 2008, a letter from the U.S.

4  Department of Justice ("DOJ") suggesting DOJ interest in this matter and resolution thereof;

5       WHEREAS, the Parties seek to address this inquiry from the DOJ, but are not seeking

6  formal review or approval of a the Settlement Agreement as the Parties do not seek a consent

7  judgment under the Clean Water Act;

8       WHEREAS, the DOJ may disagree with the Parties position and insist on use of the

9  statutory forty-five (45) day period to review the Settlement Agreement or may request

10  modifications to the Settlement Agreement;

11       WHEREAS, the District seeks to not file an answer in light of the Settlement Agreement,

12  nor do the Parties believe formal compliance with FRCP Rule 26 disclosure or the conduct of a

13  case management conference are required at this time;

14       WHEREAS, the Answer to the Complaint is due today, July 21, 2008 pursuant to

15  Stipulation and additional court dates are pending, including:

16       August 1, 2008       Last day to comply with FRCP Rule 26; and

17       August 8, 2008       Date of Initial Case Management Conference;

18       ///

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT, STIPULATION FOR EXTENSION OF TIME IN WHICH TO ANSWER, COMPLY
WITH FRCP RULE 26 AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

THEREFORE, the Parties stipulate to an extension of time of fifty (50) days in which to file an Answer and comply with Rule 26 disclosures, and further request the Court to reschedule the initial case management conference to a time after the fifty (50) day extension period.

DATED: July 21, 2008                    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/ Kenton L. Alm_____
    Kenton L. Alm
    Attorneys for DEFENDANT SAUSALITO-
    MARIN CITY SANITARY DISTRICT

DATED: July 21, 2008                    LAW OFFICE OF JACK SILVER

By: _____/s/ Jerry Bernhaut_____
    Jerry Bernhaut
    Attorneys for PLAINTIFF, NORTHERN
    CALIFORNIA RIVER WATCH

IT IS SO ORDERED:

DATED: _____
                                        By: _____
                                            US NORTHERN DISTRICT MAGISTRATE
                                            JUDGE JOSEPH C. SPERO

1127005.1

NOTICE OF SETTLEMENT, STIPULATION FOR EXTENSION OF TIME IN WHICH TO ANSWER, COMPLY WITH FRCP RULE 26 AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE