1  Jack Silver, Esq. SBN 160575
   Jerry Bernhaut, Esq. SBN 206264
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
4  Tel.   (707) 528-8175
   Fax.   (707) 528-8675
5  lhm28843@sbcglobal.net

6  Attorneys for PLAINTIFF
   NORTHERN CALIFORNIA RIVER WATCH
7

8  Kenton L. Alm (SBN: 59017)
   kalm@meyersnave.com
9  MEYERS, NAVE, RIBACK, SILVER & WILSON
10 555 12th Street, Suite 1500
   Oakland, California 94607
11 Telephone: (510) 808-2000
   Facsimile: (510) 444-1108
12
   Attorneys for DEFENDANT
13 SAUSALITO-MARIN CITY SANITARY
   DISTRICT
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br>v.<br><br>SAUSALITO-MARIN CITY SANITARY DISTRICT and DOES 1 - 10, Inclusive,<br><br>Defendants. | CASE NO.: C08-02097 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** [FRCP § 41(a)(1)]<br><br>(Case Management. Conf.: Oct. 17, 2008) |

Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH, and defendant SAUSALITO-MARIN CITY

SANITARY DISTRICT through their designated counsel, that the above-captioned action be dismissed in its entirety, with prejudice. Each party agrees to bear its own costs of suit.

Dated: 8/15/08

*/s/ Jerry Bernhaut*
JERRY BERNHAUT.
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: 8/14/08

*/s/ Kenton L. Alm*
KENTON L. ALM
Attorney for Defendant
SAUSALITO-MARIN CITY SANITARY DISTRICT

## ORDER

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
JOSEPH C. SPERO, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT