Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for PLAINTIFF
NORTHERN CALIFORNIA RIVER WATCH

Kenton L. Alm (SBN: 59017)
kalm@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for DEFENDANT
SAUSALITO-MARIN CITY SANITARY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br>v.<br><br>SAUSALITO-MARIN CITY SANITARY DISTRICT and DOES 1 - 10, Inclusive,<br><br>Defendants. | CASE NO.:   C08-02097 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** [FRCP § 41(a)(1)]<br><br>(Case Management. Conf.: Oct. 17, 2008) |

Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH, and defendant SAUSALITO-MARIN CITY

SANITARY DISTRICT through their designated counsel, that the above-captioned action be dismissed in its entirety, with prejudice. Each party agrees to bear its own costs of suit.

Dated: 8/15/08

JERRY BERNHAUT.
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: 8/14/08

KENTON L. ALM
Attorney for Defendant
SAUSALITO-MARIN CITY SANITARY DISTRICT

### ORDER

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: 8/18/8

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA